**FILED**

SEP 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08-80113 MISC VRW |
| Anthony Lawrence Wright,<br>State Bar No 46816 / | ORDER |

On May 22, 2008, the court issued an order to show cause (OSC) why Anthony Lawrence Wright should not be removed from the roll of attorneys authorized to practice law before this court based on his voluntary resignation from the California State Bar. Mr Wright filed no response. He has now been suspended by the California State Bar following a criminal conviction, effective June 9, 2008.

The court now orders Anthony Lawrence Wright removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Anthony Lawrence Wright,

_____/

Case Number: C08-80113 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Lawrence Wright
2264 Los Robles Rd
Meadow Vista, CA 95722

Dated: September 16, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*